UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:19-cr-191-FtM-38NPM

ANDREW VIKASH KUMMETH
_____/

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture filed November 3, 2021. (Doc. 62). Pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for a Preliminary Order of Forfeiture for: **(1) a Seasonic Gaming Tower FD-CA-DEF-XL-R2-TI, which contained a Seagate Hard Drive, serial number 9VPDHCL4**; and **(2) a Samsung SSD, serial number S21NNSAFC01638M,** which were used or intended to be used to commit the offense charged in Count One of the Indictment. (Doc. 1).

Kummeth pleaded guilty to Count One of the Indictment which charged him with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), and the Court adjudged him guilty of the offense. (Doc. 59).

The United States has established the required connection between the crimes of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is **GRANTED**. Pursuant to 18 U.S.C. § 2253

and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to Defendant Andrew Vikash Kummeth at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the Government.

**DONE** and **ORDERED** in Fort Myers, Florida, on November 16, 2020

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record