UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 2:19-cr-191-SPC-NPM

ANDREW VIKASH KUMMETH

_____/

**FINAL ORDER OF FORFEITURE**

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for a Final Order of Forfeiture for a **Seasonic Gaming Tower FD-CA-DEF-XL-R2-TI, which contained a Seagate Hard Drive, serial number 9VPDHCL4**, and **a Samsung SSD, serial number S21NNSAFC01638M** (Doc. 83), which assets were subject to the November 16, 2020 preliminary order of forfeiture (Doc. 63).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the assets on the official government website, www.forfeiture.gov, beginning on November 18, 2020 and continuing through December 17, 2020. Doc. 66. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interest

within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

**ACCORDINGLY,** it is hereby **ORDERED**:

1. The United States' Motion for a Final Order of Forfeiture (Doc. 83) is **GRANTED**.

2. In accordance with 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

3. Clear title to the assets now vests in the United States of America.

**ORDERED** in Fort Myers, Florida, on April 8, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

cc: All parties of Record